IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY LEE**  **PLAINTIFF**
**ADC #120960**

v.  No: 2:22-cv-00023 JM-PSH

**TERRI N. MOODY,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Lee's claims against the Doe defendants are DISMISSED WITHOUT PREJUDICE.

DATED this 28th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE