IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY LEE**                                                                               **PLAINTIFF**
**ADC #120960**

v.                              No: 2:22-cv-00023 JM-PSH

**TERRI N. MOODY,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Lee's request for injunctive relief is denied because it is unrelated to his claims in this lawsuit.

DATED this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE