# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**TERRY LEE**  **PLAINTIFF**
ADC #120960

v.  No: 2:22-cv-00023 JM-PSH

**TERRI N. MOODY,** *et al.*  **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT that the defendants' motions for summary judgment (Doc. Nos. 21 & 48) are granted. Lee's claims against Dr. Kerstein are limited to the treatment provided by him on January 13, 2021, as described in EAM21-00117; Lee's claims against Terry N. Moody are limited to the treatment provided by her on February 5, 2021, as described in EAM21-00301; and Lee's claims against Rory Griffin, Tracy Bennett, Patrick Drummond, and Gregory Rechcigl are dismissed without prejudice due to Lee's failure to exhaust available administrative remedies.

DATED this 17th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE