IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TERRY LEE**                                                                                    **PLAINTIFF**
**ADC #120960**

v.                       No: 2:22-cv-00023 JM-PSH

**TERRI N. MOODY,** *et al.*                                                      **DEFENDANTS**

## ORDER

      The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections filed by Mr. Lee. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

      IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (Doc. No. 85) is granted. Mr. Lee's pending claims of deliberate indifference against Dr. Kerstein and Moody are dismissed with prejudice.

      DATED this 14th day of August, 2024.

                                                            _____
                                                             UNITED STATES DISTRICT JUDGE