# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TERRY LEE**                                                                             **PLAINTIFF**
**ADC #120960**

**v.**                      **No: 2:22-cv-00023 JM-PSH**

**TERRI N. MOODY,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice.

DATED this 14th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE